cuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis H. Porter* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 212. UNITED STATES *v.* MILLER ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Whitney North Seymour* and *Nat M. Lacy* for the United States. *Mr. V. P. Crowe* for respondents.

No. 213. UNITED STATES *v.* MILLER ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Thacher* for the United States. *Mr. V. P. Crowe* for respondents.

No. 214. UNITED STATES *v.* MILLER. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Thacher* for the United States. *Mr. V. P. Crowe* for respondent.

No. 216. RUST ENGINEERING CO. *v.* CHAPMAN-STEIN CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.